# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:10-cr-190-GMN-RJJ |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| STACY JOHNSON | ) | |
| Defendant. | ) | |

Before the Court is the United States of America's Motion in Limine to Introduce Business Records (ECF No. 52). The Court finds that the proposed exhibits are authentic and are not barred by the hearsay rule pursuant to Rules 803(6) and 902(11).

Defendant objects to the motion "for the same reasons on file in the original opposition to the original Motion in Limine." (Response pg. 1, ECF No. 63.) However, Defendant has never filed an opposition to the original motion in limine (ECF No. 37) so the Court was never provided the previous reasons referenced. Counsel for Defendant claims that he has questions for the custodian of records so the individual should take the witness stand, but counsel fails to cite to any points and authorities as to why this request should be granted. If defense counsel truly wishes to ask the custodian of records questions, he is certainly entitled to subpoena the individual to testify at trial but such does not provide sufficient justification for denying the Government's motion.

**IT IS HEREBY ORDERED** that United States of America's Motion in Limine to Introduce Business Records (ECF No. 52) is **GRANTED**.

DATED this 28th day of February, 2012.

_____
Gloria M. Navarro
United States District Judge